H.G. Long, Esq. SBN: 127735
H. G. Long & Associates
634 OAK COURT
SAN BERNARDINO, CA 92410

Phone No: 909-889-5151
Fax No: 909-889-3900

Attorney for Movant:

# UNITED STATE DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| SPSSM INVESTMENT VII,<br><br>  Plaintiff,<br><br>vs<br><br>HECTOR J. VARGAS<br><br>  Defendants, | Case No: 2-13-cv-00175-SVW-RZ<br><br>ORDER REMANDING ACTION TO SUPERIOR COURT OF THE COUNTY OF LOS ANGELES PURSUANT TO THE STIPULATON OF THE PARTIES<br><br>JS-6 |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the above-entitled action shall be REMANDED to the Superior Court for the County of Los Angeles.

    Dated: February 8, 2013

                                                               Hon. Stephen W. Wilson
                                                              United States District Court Judge